IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00868-MSK

IN RE:

CAMERON A. MOORE,

     Debtor.

CAMERON A. MOORE,

     Defendant/Appellant,

v.

MICHELANGELO DELFINO and
MARY E. DAY,

     Plaintiffs/Appellees.

_____

## ORDER SETTING ORAL ARGUMENT
_____

     THIS MATTER comes before the Court following review of the file, record and briefs submitted,

     **IT IS THEREFORE ORDERED** that an oral argument hearing will be held on **January 28, 2009,** at **4:00 p.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

     DATED this 1st day of July, 2008.

          **BY THE COURT:**

          *Marcia S. Krieger*
          _____

Marcia S. Krieger
United States District Judge